IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GARY CARL SIMMONS, JR.**                                                               **PETITIONER**

**VS.**                                                                       **CIVIL ACTION NO. 1:04CV496HSO**

**CHRISTOPHER B. EPPS, Commissioner,
Mississippi Department of Corrections,
LAWRENCE KELLY, Superintendent,
Mississippi State Penitentiary and JIM
HOOD, Attorney General of the State of
Mississippi**                                                                                 **RESPONDENTS**

## FINAL JUDGMENT

This matter came on to be heard on Petitioner Gary Carl Simmons's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The Court finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Gary Carl Simmons's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is hereby **DENIED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Judgment is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 26th day of September, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE